UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civ. No.: 16-cv-01727(NRB)

SERENDIP LLC,

                  *Plaintiff,*

— vs —

LEWIS BOND,

                  *Defendant.*

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties hereto, by their respective attorneys and pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned matter may be, and hereby is, DISMISSED WITH PREJUDICE, with each party to bear their own cost.

Dated: July 27, 2016
New York, NY

By: _____
Annemarie Franklin
830 Broadway
PO Box 1024 Cooper Station
New York, NY 10276-1024
Tel: 212-475-1630
sdenim@nyc.rr.com
Attorney for Plaintiff

Dated: July 20, 2016
New York, NY

MORRISON & LEE LLP

By: _____
Michael Lee
1745 Broadway
17th Floor
New York, NY 10106
mlee@morrisonlee.com
Attorney for Defendant